## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| In Re: | |
| DAWN M. MOATS, | Case Number: 22-21172-CMB |
| Debtor, | Chapter 7 |
| | |
| UNITED STATES TRUSTEE, | Related to Doc. Nos.: 21 & 22 |
| Movant, | |
| v. | |
| DAWN M. MOATS, | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the <u>United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 707(b)(3)</u> and <u>Notice of Zoom Hearing and Response Deadline</u> on the parties at the addresses specified below on October 7, 2022. The type of service made was electronic notice using the CM/ECF System and/or U.S. Mail.

**Kenneth Steidl, Esquire**
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Email: julie.steidl@steidl-steinberg.com

**Robert H. Slone, Trustee**
223 South Maple Avenue
Greensburg, PA 15601
Email: robertslone223@gmail.com

Dated: <u>10/07/2022</u>      By:      <u>/s/ Jodi L. Hause</u>
Jodi L. Hause, Trial Attorney
PA ID 90625
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222
(412) 644-4756 Telephone
(412) 644-4785 Facsimile
Email: Jodi.Hause@usdoj.gov