# PROCEEDING MEMO

Date: 11/15/2022 10:00 am

In re:   Dawn M. Moats

                                                Bankruptcy No. 22-21172-CMB
                                                Chapter: 7
                                                Doc. # 21

Appearances: Joseph Sisca, Esq.
                  Christopher Frye, Esq.

Nature of Proceeding: # 21 Motion to Dismiss Case for Abuse Pursuant
                           to 11 U.S.C. 707(b)(3)

Additional Pleadings:  #27 Response

Outcome:  Hearing held.   Hearing continued to 1/17/2023 at 1:30 p.m. to see if it can be resolved.

FILED
11/15/22 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota Böhm
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21172-CMB |
| Dawn M. Moats | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn M. Moats, 9 Livengood Lane, Fairchance, PA 15436-1285 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
            on behalf of Creditor Finance of America Mortgage LLC bnicholas@kmllawgroup.com

Brian Nicholas
            on behalf of Creditor Towd Point Mortgage Trust 2015-2  U.S. Bank National Association as Indenture Trustee bnicholas@kmllawgroup.com

Jodi Hause
            on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Julie Frazee Steidl
            on behalf of Debtor Dawn M. Moats julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 1

on behalf of Debtor Dawn M. Moats julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com

TOTAL: 7