Date: 01/17/2023 01:30 pm

In re:   Dawn M. Moats

Bankruptcy No. 22-21172-CMB
Chapter: 7
Doc. # 21

Appearances:  Lauren Schoenewald
               Julie Frazee Steidl, Esq.
               Dawn M. Moats (Debtor)

Nature of Proceeding: # 21 Continued Motion to Dismiss Case for Abuse
                      Pursuant to 11 U.S.C. 707(b)(3)

Additional Pleadings:  #27 Debtor's Response

Outcome:  Hearing held.  Evidentiary in-person hearing to be held and scheduling Order to be issued.


FILED                        Carlota Böhm
1/18/23 1:53 pm              U.S. Bankruptcy Judge
CLERK
U.S. BANKRUPTCY
COURT - WDPA