IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

DAWN M. MOATS,  :  Bankruptcy No. 22-21172-CMB
                :  Chapter 7
    Debtor,    :
                :  Related to Doc. No. 36

## ORDER

**AND NOW,** this **26th** day of **April, 2023,** whereas an Order of Discharge (Doc. No. 36) was erroneously entered in the above-captioned case while the *Motion of the United States Trustee to Dismiss Case Pursuant to 11 U.S.C. §707(b)(3)* is pending before the Court,

It is hereby **ORDERED, ADJUDGED and DECREED** that the Order of Discharge entered on February 13, 2023, is **VACATED**.

Carlota M. Böhm     dmk
United States Bankruptcy Judge

FILED
4/26/23 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-21172-CMB
Dawn M. Moats     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Apr 26, 2023    Form ID: pdf900    Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn M. Moats, 9 Livengood Lane, Fairchance, PA 15436-1285 |
| 15491703 | + | Homeloan Investment Bank, 1 Home Loan Plaza, Warwick, RI 02886-1765 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2023 23:56:34 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 27 2023 00:08:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15491692 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 26 2023 23:56:22 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15491694 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:49:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15491693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:49:00 | Comenity Bank/Kay Jewelers, Po Box 182789, Columbus, OH 43218-2789 |
| 15491695 | + | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15491696 | + | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15491697 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 26 2023 23:49:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15491699 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 26 2023 23:49:00 | First National Bank of Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15491701 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 26 2023 23:49:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 15491702 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 26 2023 23:49:00 | Goldman Sachs Bank USA/Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 15491704 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 15491705 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15492095 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15491707 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:36 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 15491706 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:33 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15491708 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:18 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15491709 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:36 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15491710 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Apr 26 2023 23:49:00 | WVU Medicine, PO Box 865, Morgantown, WV 26507-0865 |
| 15491711 | + | Email/Text: hbbankruptcynotices@wvumedicine.org | Apr 26 2023 23:49:00 | WVU Medicine, 1 Medical Center Dr,, Morgantown, WV 26506-1200 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Finance of America Mortgage LLC |
| cr | | Towd Point Mortgage Trust 2015-2, U.S. Bank Nation |
| 15491698 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15491700 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, P.o. Box 3412, Omaha, NE 68197 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Finance of America Mortgage LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2015-2 U.S. Bank National Association as Indenture Trustee bnicholas@kmllawgroup.com |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Julie Frazee Steidl | on behalf of Debtor Dawn M. Moats julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Kenneth Steidl | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 22 |

|  |  |
|---|---|
|  | on behalf of Debtor Dawn M. Moats julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |

TOTAL: 8