## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

In Re:

| | |
|---|---|
| DAWN M. MOATS, | Case Number: 22-21172-CMB |
| Debtor, | Chapter 7 |
| | |
| UNITED STATES TRUSTEE, | Related to Doc. Nos.: 21, 27 & 33 |
| Movant, | |
| v. | |
| DAWN M. MOATS, | |
| Respondent. | |

### ORDER OF COURT

**AND NOW**, this __12th__ day of __May__, 2023, upon consideration of the United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)(3) (the "Motion") filed on October 7, 2022 [ECF No. 21], the Debtor's Response to Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) filed on November 14, 2022 [Dkt. No. 27], and with the consent of the Debtor, it is hereby ORDERED that:

1. The Debtor's case is DISMISSED without prejudice.

2. All deadlines contained in the Court's Trial Order and Notice dated January 30, 2023 [ECF No. 33] are stayed, and the Pre-Trial Conference scheduled for June 12, 2023 at 2:30 p.m. is cancelled.

By the Court,

*/s/ Carlota M. Böhm*   **dmr**
CARLOTA M. BÖHM
U.S. Bankruptcy Judge

Consented to by:

| | |
|---|---|
| */s/ Jodi L. Hause* | /s/ *Julie Frazee Steidl* |
| Jodi L. Hause, Esquire | Julie Frazee Steidl, Esquire |
| Attorney for the United States Trustee | Kenneth Steidl, Esquire |
| | Attorneys for the Debtor |

FILED
5/12/23 8:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA